PAMELA S. HOWLAND
Idaho State Bar No. 6177
BRENDA BAUGES
Idaho State Bar No. 8185
IDAHO EMPLOYMENT LAWYERS, PLLC
1116 S. Vista Ave. #474
Boise, ID  83705
Telephone (208) 484-8921
Facsimile: (208) 534-7445
Email: phowland@idemploymentlawyers.com
        bbauges@idemploymentlawyers.com

Attorneys for US Ecology, Inc., Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JOSE ZURITA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>US ECOLOGY, INC., a Delaware Corporation,<br><br>Defendant. | Case No.<br><br>**DECLARATION OF PAMELA S. HOWLAND IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**<br><br>**(Federal Question)**<br><br>**(From Fourth Judicial District, Ada County)**<br>**Case No. CV01-17-19684** |

**DECLARATION OF PAMELA S. HOWLAND IN SUPPORT OF REMOVAL - 1**

-2-

I, Pam Howland, declare as follows:

1.  I am lead counsel for Defendant US ECOLOGY, INC. in this action. I am older than 18 and otherwise competent to testify.

2.  Plaintiff filed his Complaint in the Fourth Judicial District in the State of Idaho, Ada County, on or about October 23, 2017. Ex. A. Defendant accepted service of the Complaint on February 7, 2018. Ex. B.

3.  Defendant filed a motion to dismiss the Complaint on March 1, 2018. These pleadings are attached as Ex. C.

4.  A true and correct copy of the docket for this case is attached hereto as Ex. D.

Dated this 5th day of March, 2018.

By:*/s/Pam Howland*
Pam Howland
*Attorneys for Defendant US Ecology, Inc.*

-3-

## DECLARATION OF SERVICE

I hereby certify that on this 5th day of March, 2018, I caused to be served the foregoing Notice of Removal via the Court's ECF electronic filing system, on the following:

| | |
|---|---|
| William H. Thomas<br>Thomas, Williams & Park, LLP<br>225 N. 9th St., Ste. 810<br>P.O. Box 1776<br>Boise, Idaho 83701-1776<br>Fax: 208-345-7894<br>wmthomas@thomaswilliamslaw.com | [ ] U.S. Mail, Postage Prepaid<br>[ ] Express Mail<br>[ ] Hand Delivery<br>[ ] Fax (208) 726-1187<br>[X]  Email |

By /s/ Pam Howland
*Attorney for Defendant, US Ecology, Inc.*