UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSE ZURITA, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>US ECOLOGY, INC., a Delaware Corporation,<br><br>　　　　　　Defendant. | Case No. 1:18-cv-00110-CWD<br><br>**ORDER OF DISMISSAL** |

The parties having filed a Stipulation of Dismissal, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Stipulation of Dismissal (Dkt. 30) is APPROVED, and that this case is DISMISSED WITH PREJUDICE and with each party to bear its own attorney fees and costs.

DATED: February 21, 2019

_____
Honorable Candy W. Dale
United States Magistrate Judge

**ORDER OF DISMISSAL - 1**